**2006 FDC 011727**    File Date: **06/09/2006**

06-mj-268-02

**UNITED STATES Vs. CARROLL DEXTER WILLS**

PDID #:

Lock up number:

**FILED**

JUN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NO BOND
6/12/06 1:45pm ARRCT DIST CT