UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-200 (2) (CKK) |
| : | |
| CARROLL D. WILLS : | |
| : | |
| Defendant. : | |
| _____ : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated July 19, 2006, without enclosures, be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney


By:    _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822


## Certificate of Service

I hereby certify that a copy of the Notice of Filing and the attached discovery letter dated July 19, 2006, with enclosures, were served by first class mail upon counsel of record for the defendant, David Bos, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this __19th___ day of July, 2006.

_____
Assistant United States Attorney