## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 06-200-02 (CKK) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of Ammunition by a |
| **CARROLL D. WILLS** | : | Person Convicted of a Crime Punishable by |
| | : | Imprisonment for a Term Exceeding One |
| **Defendant.** | : | Year); |
| | : | 7 D.C. Code § 2506.01(3) |
| | : | (Unlawful Possession of Ammunition) |

### I N F O R M A T I O N

The United States Attorney charges that:

#### COUNT ONE

On or about June 8, 2006, within the District of Columbia, **CARROLL D. WILLS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince George's County, Maryland, Criminal Case No. 91-0941024, did unlawfully and knowingly receive and possess ammunition, that is, 12 gauge shotgun shells, .243 caliber, .223 caliber, .410 caliber, 30 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about June 8, 2006, within the District of Columbia, **CARROLL D. WILLS,** did possess ammunition without being the holder of a valid registration certificate for a firearm.

(**Unlawful Possession Of Ammunition**, in violation of 7 District of Columbia Code, Section 2506.01(3) (2001 ed.))

>JEFFREY A. TAYLOR
>Attorney of the United States in
>and for the District of Columbia
>Bar No. 498610

BY: _____
>PERHAM GORJI
>Assistant United States Attorney
>Federal Major Crimes Section
>555 4th Street, N.W. Room 4233
>Washington, D.C. 20530
>(202) 353-8822